# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.:** CV-12-1414-R                 **DATE: AUGUST 9, 2012**

**TITLE: LESLIE R. COMPTON -V- STATE OF CALIFORNIA et al**

==================================================================

**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

| <u>William Horrell</u> | <u>   N/A   </u> |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANT:**

    Not present                                     Not present

**PROCEEDINGS: ORDER TO SHOW CAUSE why action should not be dismissed for lack of prosecution**

THIS MATTER IS SET ON CALENDAR FOR HEARING ON AUGUST 20, 2012 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF PLAINTIFF TO FILE <u>PROPER</u> PROOFS OF SERVICE OF SUMMONS AND COMPLAINT ON ALL DEFENDANTS.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

**MINUTES FORM II**                                                      Initials of Deputy Clerk__WH____
**CIVIL - GEN**                                D-M